IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC LA VON THRASHER,

    Petitioner,

 v.

ROBERT AYERS, Warden,

    Respondent.

No. C 05-01840 SBA (PR)

**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY AS UNNECESSARY**

Petitioner has filed a notice of appeal following this Court's denial of his habeas petition challenging the decision by the California Board of Prison Terms (BPT) finding him unsuitable for parole. The Court construes the notice of appeal as an application for a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997); 28 U.S.C. § 2253(c)(3).

Petitioner's request for a certificate of appealability is DENIED as unnecessary. The Ninth Circuit recently made clear that a state prisoner challenging the administrative decision by the BPT to deny his request for parole need not obtain a certificate of appealability. See Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005).

The Clerk of the Court shall process the notice of appeal.

IT IS SO ORDERED.

DATED: 1/15/08

                                        *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.05\Thrasher1840.COA.wpd

1
2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
   THRASHER,
6                                                    Case Number: CV05-01840 SBA
              Plaintiff,
7                                                    **CERTIFICATE OF SERVICE**
     v.
8
   BROWN et al,
9
              Defendant.
10 _____/
11
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
12 Court, Northern District of California.

13 That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
14 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.
15
16
17 Eric La Von Thrasher B-37948
   San Quentin State Prison
18 San Quentin, CA 94964
19
   Dated: January 16, 2008
20                                                   Richard W. Wieking, Clerk
                                                     By: LISA R CLARK, Deputy Clerk
21
22
23
24
25
26
27
28

P:\PRO-SE\SBA\HC.05\Thrasher1840.COA.wpd 2